No. 281.    WADLEY ET AL. *v.* LOUISIANA EX REL. MUNN. Argued January 30, 31, 1940.    Decided February 5, 1940.    *Per Curiam:* The appeal is dismissed for want of a properly presented federal question.    *Godchaux* v. *Estopinal,* 251 U. S. 179; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Herndon* v. *Georgia,* 295 U. S. 441, 443.    *Messrs. John B. Files* and *Joseph H. Jackson* for appellants. *Messrs. R. D. Watkins, A. L. Burford,* and *T. W. Holloman* were on a brief for appellee.

No. 370.    MONTROSE CEMETERY Co. *v.* COMMISSIONER OF INTERNAL REVENUE. Argued February 2, 1940.    Decided February 5, 1940.    *Per Curiam:* As it appears that the Board of Tax Appeals received and considered the evidence pertinent to the question of the valuation of the cemetery lots on March 1, 1913, we find no ground for disturbing its ruling.    The judgment of the Circuit Court of Appeals is affirmed. *Mr. Elden McFarland,* with whom *Mr. E. J. Quinn* was on the brief, for petitioner.    *Mr. Richard H. Demuth,* with whom *Solicitor General Jackson, Assistant Attorney General Clark,* and *Mr. Sewall Key* were on the brief, for respondent.

No. 614.    PUBLIC SERVICE COMMISSION *v.* WISCONSIN TELEPHONE Co.    See *post;* p. 657.